UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES,
    Plaintiff,

v.                                                                                 C.R. No. 09-167 S

JACOB CROSS,
    Defendant.

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on February 8, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Defendant's Motion to Appear Pro Hac Vice of Paul J. Andrews is hereby GRANTED.

By Order,

/s/ _____
Deputy Clerk

ENTER:

/s/ _____
William E. Smith
United States District Judge
Date: 2/25/10